# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **JESSICA LINNA,** | Case No.: |
| Plaintiff. | 2:20-cv-12200-GCS-RSW |
| v. | |
| **TICKET FULFILLMENT SERVICES, LP,** | |
| Defendant. | |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: January 20, 2021

By: */s/ Amy L. B. Ginsburg*
Amy L. B. Ginsburg, Esquire
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 788-2864
Email: aginsburg@creditlaw.com

## **CERTIFICATE OF SERVICE**

I, Amy L. B. Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via electronic mail:

    Roger Stetson, Esquire
    Barack Ferrazzano Kirschbaum and Negelberg LLP
    200 West Madison Street, Suite 3900
    Chicago, IL 60606
    Phone: 312.629.7339
    Email: roger.stetson@bfkn.com
    Attorney for Defendant


Dated: January 20, 2021        By: */s/ Amy L. B. Ginsburg*
                                        Amy L. B. Ginsburg, Esquire
                                        Kimmel & Silverman, P.C.
                                        30 E. Butler Pike
                                        Ambler, PA 19002
                                        Phone: (215) 540-8888
                                        Fax: (877) 788-2864
                                        Email: aginsburg@creditlaw.com